[No. 9026–1–II.   Division Two.   May 6, 1987.]

TERRY W. FLOWERS, ET AL, *Respondents*, v. RANDY R. MCNIVEN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–05274–6, Arthur W. Verharen, J., entered July 12, 1985. *Affirmed* by unpublished opinion per Kruse, J. Pro Tem., concurred in by Kolbaba and Utter, JJ. Pro Tem.

[No. 9023–6–II.   Division Two.   May 6, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. POLLACHROME FILMS, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–02746–8, Thomas R. Sauriol, J., entered July 3, 1985. *Affirmed* by unpublished opinion per Harris, J. Pro Tem., concurred in by Dolliver and Williams, JJ. Pro Tem.

[No. 8362–1–II.   Division Two.   May 6, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LAKE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 84–1–00133–7, Milton R. Cox, J., entered November 9, 1984. *Affirmed* by unpublished opinion per Alumbaugh, J. Pro Tem., concurred in by Brachtenbach and Hanley, JJ. Pro Tem.